FILED

2007 SEP 18 PM 3:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUDDIES LEASING, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>CABRILLO YACHT SALES, a business entity, form unknown; DAN PETERS, *individually;* BOB SMITH MARINE SURVEYOR, LLC, a California limited liability company; BOB SMITH, *individually;* TA-YANG YACHT BUILDING COMPANY, LTD., a foreign corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 07 CV 1121 BTM (AJB)<br><br>Complaint Filed:   June 21, 2007<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)** |

**TO THE APPROPRIATE JUDICIAL AUTHORITY IN TAIWAN:**

The United States District Court for the Southern District of California presents its compliments to the Appropriate Judicial Authority in Taiwan, and respectfully requests international judicial assistance to effect service of process in connection with a civil proceeding currently pending before this Court.

**NATURE AND PURPOSE OF THE PROCEEDINGS AND REQUEST**

In June 2007 plaintiff Best Buddies Leasing, LLC ("Best Buddies") filed this action for negligence, negligent and intentional misrepresentation, breach of warranties, and products liability arising from the purchase of a new sailing yacht.

1

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

1    On November 12, 2005, plaintiff purchased a new yacht from a yacht broker. Plaintiff alleges that the yacht was manufactured by defendant TA-YANG YACHT BUILDING COMPANY, LTD. ("TAYANA") and was covered by both the yacht broker's and the manufacturer's express and implied warranties.

    Plaintiff asserts that it discovered defects and non-conformities in the yacht and notified defendants in writing of same.

    Plaintiff alleges that both the yacht broker and manufacturer have refused and/or failed to respond to any of the warranty claims made by Best Buddies.

    Plaintiff prays for judgment for rescission of the purchase contract and restitution of all monies expended thereunder; for general, special and actual damages; for interest, fees and costs of suit; and for any other relief the court deems proper.

    It has been represented to this Court that defendant TA-YANG YACHT BULDING CO., LTD. is a corporation organized and existing under the laws of Taiwan, with its principal place of business at:

>    TA-YANG YACHT BUILDING COMPANY, LTD.
>    60 Hai Chien Road, Chung Men Village
>    Lin Yuan, Kaohsiung Hsien 83206
>    Taiwan, R.O.C.

### ASSISTANCE REQUESTED

This Court respectfully requests that the Taiwanese judicial authorities:

1.   Cause one copy of the Summons in a Civil Action, Complaint for Damages and Rescission and Civil Cover Sheet annexed hereto to be served upon Defendant TA-YANG YACHT BUILDING CO., LTD. at the above address in the manner prescribed for the service of similar documents under the laws of Taiwan;

2.   Cause the person who serves the documents upon an officer of TA-YANG YACHT BUILDING CO., LTD. to execute an affidavit of service as provided by Taiwanese law;

3.   Return through diplomatic channels to this Court the affidavit of service and a copy of the documents which were served.

The courts of the United States are authorized by statute, Section 1696, Title 28, United States Code, to extend similar assistance to the Tribunals of Taiwan in like cases.

This Court extends to the judicial authorities of Taiwan the assurances of its highest consideration.

Dated: September 17, 2007

Respectfully Requested,

*Barry Ted Moskowitz*

Judge Barry Ted Moskowitz
United States District Court
Southern District of California
800 Front Street, Suite 4290
San Diego, California 92101
United States of America
1.619.557.5583

(SEAL OF UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA)

Attachments:

1) Summons in a Civil Action, in English and in Chinese, in duplicate
2) Complaint for Damages and Rescission, in English and in Chinese, in duplicate
3) Civil Cover Sheet, in English and in Chinese, in duplicate